NO. _01-09-00437-CR_

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

_Gerald Alan Hayes_
### Petitioner

v.

## THE STATE OF TEXAS
### Respondent

## MOTION TO EXTEND TIME
### TO FILE PETITION FOR DISCRETIONARY REVIEW
After Court of Appeal Rehearing

TO THE HONORABLE JUDGES:

COMES NOW Petitioner _in pro se_ and moves this Honorable Court to extend the deadline for filing a petition for discretionary review (PDR). In support of the motion, counsel would respectfully show the following:

1. On _October 23 2014_, the _First District_ Court of Appeals affirmed the conviction in a memorandum opinion.

2. The petition for discretionary review in this case is due on _January 23 2015_.

**FILED IN**
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

3. A Time extension was ordered by this court prematurely Although a Rehearing motion was pending before the court of Appeals. The Appellant, pro se, filed And was granted a time extension to filing motion for Rehearing And supplemental issues by COA.

4. ON JANUARY 8 2015, the motion for Rehearing (denied)

5. Counsel, Bynum, has violated TEX.R.APP P. 6.5 (c) And been Notified.

6. Appellant pro se, has motioned for trial court Record —denied And filed a Request to Recieve copies of All filed doc/motions/supplements filed by pro se After Counsel Bynum Appointment.

7. Petitioner Respectfully Request a (60) day extension of time from the Court of Appeal denial for Rehearing of order Affirming judgment: Dated January 8 2015 giving a full And Adequate time extension to familiarize with the Rules governing the PDR, Adequately Research case And draft a PDR.

8. This motion is made not for purposes of delay.

wherefore, premises considered, Petitioner prays that the Court grant the motion extending time (30-60) days.

Respectfully submitted

Gerald Hayes

Gerald Hayes

1-12-2015



# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:     Gerald Allan Hayes v. The State of Texas

Appellate case number:    01-09-00437-CR

Trial court case number:    1198372

Trial court:    351st District Court of Harris County

Date motion filed:    December 23, 2014

Party filing motion:    Appellant, Gerald Allan Hayes

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Sherry Radack
☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Date: January 8, 2015



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

September 4, 2012

Gerald Hayes
# 1578806
1697 FM 980
Huntsville, TX 77343

RE: 01-09-00437-CR

Dear Mr. Hayes:

The Court of Criminal Appeals is in receipt of your "Appellant's Judicial Notice To Court" in reference to the above stated case number.

After a thorough search of our records, we find that you do not have any proceedings before the Court at this time. We suggest that you contact your attorney or the District Clerk of the County of your conviction for more information.

Sincerely,

Louise Pearson
Clerk

LP/wp
Enclosure

Gerald Hayes
US
State of Texas

Court of Criminal
Appeals of Texas

01-09-00437-CR
PD-1547-14

## Appellant's Notice And Request for modification in order

TO The Honorable Court:

Now Comes, Appellant pro se, Gerald Hayes, Requesting the Court to take Notice and make modification to previous order granting Appellant's extension of time to file the Petition for Discretionary Review. JANUARY 23 2015 ordered NOV 21 2014.

The issue at hand is that the extension was premature since the Court of Appeals First District was still considering a Motion for Rehearing filed by Appellant. Court of Appeal order filed JANUARY 8 2015. (Denial) The Appellant is Requesting an Appropriate time extension from the date of Rehearing which would Constitute finalization of Arguments before the Court of Appeal First District pertaining to the specific issues that will be enclosed And briefed for the Petition for Discretionary Review.

The Appellant, pro se, is Repeatedly being denied Access to trial Records And (SX) but will expedite matters in a timely fashion in an effort Not to cause delay. Appellant moves for a time extension to encompass COA latest Rehearing order January 8 2015 Affirming judgment.

Respectfully

Gerald Hayes
1-12-2015



COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:     01-09-00437-CR

Style:     Gerald Hayes

    **v** The State of Texas

Date motion filed*:     November 4, 2014

Type of motion:     Request for extension of time to file motion for rehearing

Party filing motion:     Appellant

Document to be filed:     Motion for rehearing

If motion to extend time:

    Original due date:     November 7, 2014

    Number of extensions granted:     0     Current Due date: November 7, 2014

    Date Requested:     30 days from date of ruling

Ordered that motion is:

    ☑     Granted in part

       If document is to be filed, document due: December 5, 2014

       ☑     No further extensions of time will be granted

    ☐     Denied ⬤—

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

_____

_____

_____

_____

Judge's signature: /s/ Chief Justice Sherry Radack

       ☒ Acting individually     ☐ Acting for the Court

Date: November 20, 2014

November 7, 2008 Revision